IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 26-cv-00407-RTG
(**The above civil action number must appear on all future papers sent to the court in this action. Failure to include this number may result in a delay in the consideration of your claims.**)

OMID ALI JAFARI,

    Applicant,

v.

TODD M. LYON, Acting Director,
ROBERT GUODIAN, Denver Field Director, and
JUAN BALTAZAR, Warden,

    Respondents.

---

ORDER DIRECTING APPLICANT TO CURE DEFICIENCIES

---

Applicant Omid Ali Jafari is an immigration detainee at the ICE Aurora Contract Detention Facility in Aurora, Colorado. On February 2, 2026, Applicant filed *pro se* a Petitioner for a Writ of Habeas Corpus Under 28 U.S.C. § 2241 (ECF No. 1).[1]

As part of the Court's review pursuant to D.C.COLO.LCivR 8.1(b), the Court has determined that Applicant's filing is deficient as described in this order. Applicant will be directed to cure the following if he wishes to pursue any claims in this action. Any papers that Applicant files in response to this order must include the civil action number on this order.

---

[1] "(ECF No. 1)" is an example of the convention the court uses to identify the docket number assigned to a specific paper by the court's case management and electronic filing system (CM/ECF).

**28 U.S.C. § 1915 Motion and Affidavit**:
(a) xx    is not submitted
(b) __    is missing affidavit
(c) __    is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4) xx    is missing certificate showing current balance in prison account
(5) __    is missing required financial information
(6) __    is missing authorization to calculate and disburse filing fee payments
(7) __    is missing an original signature by the prisoner
(8) __    is not on proper form (must use the court's current form)
(9) __    names in caption do not match names in caption of complaint, petition or habeas application
(10) xx    other: motion and supporting documents are necessary only if fees of $5.00 for habeas corpus action are not paid in advance

**Complaint, Petition or Application**:
(11) __    is not submitted
(12) xx    is not on proper form
(13) __    is missing an original signature by the prisoner
(14) __    is missing page nos.
(15) __    uses et al. instead of listing all parties in caption
(16) __    names in caption do not match names in text
(17) __    addresses must be provided for all respondents in Section B
(18) xx    other: The only proper respondent for a § 2241 application is the warden (or other custodian) of the facility where the prisoner is being held.

Accordingly, it is

    ORDERED that Applicant cure the deficiencies designated above **within thirty (30) days from the date of this order**. Any papers that Applicant files in response to this order must include the civil action number on this order. It is

    FURTHER ORDERED that Applicant shall obtain and utilize the court-approved Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 form and Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a

Habeas Corpus Action form.  The forms, along with the applicable instructions, are available on the Court's website at: www.cod.uscourts.gov.  It is

FURTHER ORDERED that, if Applicant fails to cure all of the designated deficiencies **within thirty (30) days from the date of this order**, the action may be dismissed without further notice.  The dismissal shall be without prejudice.

DATED February 3, 2026.

BY THE COURT:

*Richard T. Gurley* (signature)

Richard T. Gurley
United States Magistrate Judge